UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U. S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MBF CLEARING CORP.,<br>A New York limited liability company,<br><br>Defendant. | DATE FILED: 2/27/13<br><br>Case No. 12 Civ. 1830 (SAS)<br>ECF Case<br><br>**JOINT STIPULATION TO CLOSE CASE AND *[PROPOSED]* ORDER** |

WHEREAS, all charges alleged in the Complaint [Docket Entry or "D.E." 1] filed by plaintiff U.S. Commodity Futures Trading Commission ("CFTC" or "Commission") against defendant MBF Clearing Corp. ("MBF") having been resolved by the Consent Order for Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief Against Defendant MBF Clearing Corp [D.E. 17] entered by this Court on November 28, 2012, the parties respectfully request that this Court direct the Clerk of the Court to close this case.

Respectfully submitted,

MBF Clearing Corp.

/s/ Quinlan D. Murphy
One of the Attorneys for Defendant
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
(212) 806-
qmurphy@stroock.com

U.S. Commodity Futures Trading Commission

/s Elizabeth N. Pendleton
One of the Attorneys for Plaintiff
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0629
(312) 596-0714 (fax)
*ependleton@cftc.gov*

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

2/27/13